## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

ROLANDO PADILLA OLIVA )
                     )
      Petitioner, )
                     )
v. )      Case No. CIV-26-996-J
                     )
MARY DE ANDA-YBARRA et al., )
                     )
      Respondents. )

## ORDER

On July 31, 2026, an independent search reveals that Petitioner is no longer in the custody of Immigrations Customs and Enforcement.[1] Respondents are directed to submit, within seven days, a supplemental brief updating the Court on the status of Petitioner's removal proceedings and whether any change in status impacts the pending claims. Petitioner may also file a supplemental brief within seven days.

**IT IS SO ORDERED** on July 31, 2026.

_____

SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE

---

[1] *See* https://locator.ice.gov/odls/#/results (last visited July 31, 2026).