**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ROLANDO PADILLA OLIVA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-996-J |
| | ) | |
| MARY DE ANDA-YBARRA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Petitioner Rolando Padilla Oliva, a noncitizen, was in the custody of U.S. Immigration and Customs Enforcement. He filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 challenging his detention [Doc. No. 1]. The matter was referred to United States Magistrate Judge Shon T. Erwin who issued a Report and Recommendation [Doc. No. 15] recommending the Court dismiss the Petition as moot because Petitioner has been released from custody. No objections have been filed. Having reviewed the Report and Recommendation, and in light of Petitioner's release from custody, the Court ADOPTS the Report and Recommendation [Doc. No. 15] and DISMISSES Petitioner's Petition [Doc. No. 1] as MOOT.

IT IS SO ORDERED this 21st day of August, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE